79, 877-03

No. 09-12-00458-CR

IN THE COURT OF CRIMINAL APPEALS

EX PARTE ISAAC LAMAR THOMAS

Post Conviction Writ of Habeas Corpus Procceeding
From Montgomery County, Texas 410th Judicial District
Cause Number 10-02-01613-CR(2)

MOTION TO COMPELL

This document contains some
pages that are of poor quality
at the time of imaging.

ISAAC LAMAR THOMAS
TDCJ #1815415
Stringfellow Unit
1200 FM 655
Rosharon, TX 77583

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk

To the honorable Justices of the Court of Criminal Appeals:

Comes now, Isaac Lamar Thomas, respectfully compelling this court to grant this motion and not consider any recommendations from the 410th District court and make an independent ruling on his post conviction application for writ of Habeas Corpus. Mr. Thomas further compells this court to allow him to file and have heard his objections and rebuttal to the States answer to his application for writ of Habeas Corpus in the alternative.

Mr. Thomas relies on the following grounds for the granting of this motion:

1. The 410th District Court and/or clerk of said court has violated rule 73.5 of the Texas rules of Appellate procedure. Mr. Thomas filed his application for writ of Habeas Corpus on December 8, 2014. The Court entered an order designating issues on January 7, 2015. Mr. Thomas filed a motion with the 410th District Court on or about July 9, 2015 urging the court to resolve the issues set forth or forward his application to this court. No action was taken on Mr. Thomas' case until September 4, 2015, when the State submitted it's answer. Which was nearly two full months past the deadline set forth in rule 73.5(T.R.A.P.

2. The clerk of the 410th district Court has violated rule 73.4(b)(5) of the Texas Rules of Appellate Procedure. Mr. Thomas recieved no notification of extension of time for the 410th

1.

District Court and his application was still not forwarded to this court per rule 73.4(b)(5) T.R.A.P.

Furthermore, Mr. Thomas physically recieved the State's answer, findings of fact and conclusions of law on Setember 14, 2015 which he later discovered was the same day that the 410th district Court upheld the recommendations of the State. Mr. Thomas nonetheless mailed his objections to the said court on or about September 17, 2015, but has yet to recieve any notification that his objections were filed.

Mr. Thomas believes that he has shown this court that the 410th District court and/or clerk has unnecessarily delayed his Habeas proceeding in direct violation of rules stated above and urges this court to not consider any recommendations from said court but rather, make an independent ruling on his case. In the alternative, Mr.Thomas asks to be allowed to have at least 30 days from the date of the granting of this motion to file his objections/rebuttal to the State's answer to be considered by this court.

2.

## PRAYER

For the foregoing reasons, Mr. Thomas prays that this Honorable court grant this moton to compell and not consider any recommendations from the 410th District Court but make its own independant ruling on his post conviction application for writ of habeas corpus. In the alternative, Mr. Thomas prays that this Honorable court will allow him the opportunity to file and have heard his objections/rebuttal to the State's Answer.

Respectfully Submitted,

ISAAC LAMAR THOMAS
TDCJ #1815415
Stringfellow Unit
1200 FM 655
Rosharon, TX 77583

## CERTIFICATE OF SERVICE

I, Isaac Lamar Thomas, do hereby certify that a true and correct copy of the foregoing Motion to Compell was mailed to the :

District Atty. Office
Montgomery County
207 W. Phillips, Second Floor
Conroe, Texas 77301

on this, the _2_ day of _October_ , 2015.

ISAAC LAMAR THOMAS

To the Clerk of the Court of Criminal Appeals,

I am writing to ask you to please excuse me from not being able to comply with rule 9.3(b) T.R.A.P. regarding the number of copies. I am currently incarcerated and have no means to provide the required copies in a timely manner. Thank You very much for your understanding and cooperation.

<div style="margin-left: 40%;">
Sincerely,<br>
Isaac Lamar Thomas
</div>